IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MARTHA BEATRIZ LEON, | * |
| Plaintiff, | * |
| v. | Case No. 1:19-CV-9 (LAG)(TQL) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 1, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 1st day of July, 2019.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk